AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Southern District of Indiana

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. |
| | ) | |
| Shane M. Meehan | ) | 2:21-mj-26 |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____07/07/2021_____ in the county of _____Vigo_____ in the _____Southern_____ District of _____Indiana_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1114 | Premeditated Murder of a Federal Agent |

This criminal complaint is based on these facts:
See attached Affidavit.

☑ Continued on the attached sheet.

_____/s/ Matthew Cook_____
*Complainant's signature*

_____Matthew Cook, Special Agent/FBI_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by
_____telephonic communication_____ *(reliable electronic means)*

Date: _____07/08/2021_____

City and state: _____Indianapolis, IN_____

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Special Agent Matthew Cook, do declare and state as follows:

### Introduction and Agent Background

1.      I am a Special Agent with the Federal Bureau of Investigation ("FBI"), and have been so employed since March 2010.  Previous to that, I was a practicing attorney in the Kansas City, Missouri area.  I am a "federal law enforcement officer" within the meaning of Federal Rules of Criminal Procedure 41(a) and 41(a)(2)(C).  During the course of my career with the FBI, I have participated in numerous criminal investigations in the FBI Indianapolis Division.  I have worked cases involving national security counterintelligence crimes, gangs, narcotics, and violent criminal acts.  In addition, I have conducted and participated in surveillance, the execution of search warrants, debriefings of informants, reviews of recorded conversations, analyses of phone records, and numerous other investigative activities throughout the course of my FBI career.

2.      The following information is based on my personal knowledge, training, and experience, as well as information provided to me by other law enforcement personnel.  Because this affidavit is being submitted for the limited purpose of securing a criminal complaint and arrest warrant charging SHANE MEEHAN, DOB:  XX-XX-1976 (known to me but redacted), SSN:  XXX-XX-2089 (known to me but redacted) ("MEEHAN"), with Premeditated Murder of a Federal Officer, in violation of 18 U.S.C. § 1114, it does not purport to set forth all of my knowledge about this matter.

### Probable Cause

3.      The FBI maintains a resident agency in the city of Terre Haute, within the Southern District of Indiana (the "Terre Haute RA").

4.      Terre Haute Police Department Detective Gregory J. Ferency has been employed as an FBI Task Force Officer since 2010.

5.      On July 7, 2021, Detective Ferency was on duty and working as an FBI Task Force Officer ("TFO") at the Terre Haute RA.

6.      In the afternoon hours of July 7, 2021, MEEHAN was driving a tan 2003 Ford F-150 pickup truck and repeatedly drove in the vicinity of the Terre Haute RA.

7.      At approximately 2:03 p.m. on July 7, 2021, MEEHAN pulled next to the gate at the secured entrance of the parking lot of the Terre Haute RA.

8.      MEEHAN got out of his truck, moved in preparation around his vehicle, and lobbed an incendiary device (a Molotov Cocktail) toward the Terre Haute RA building.

9.      Shortly after MEEHAN threw the incendiary device, TFO Ferency walked out of the Terre Haute RA building.

10.     MEEHAN, who was holding a firearm in his right hand, raised the firearm towards TFO Ferency and shot him.

11.     Although TFO Ferency returned fire, he later died as a result of the injuries he suffered when he was shot by MEEHAN.

12.     Shortly after MEEHAN shot TFO Ferency, FBI Special Agent Ryan Lindgren ran out of the Terre Haute RA building and engaged MEEHAN in a gun battle.

13.     MEEHAN was shot two times, by either TFO Ferency or SA Lindgren.  Despite being shot, MEEHAN got into his truck and fled from the Terre Haute RA building.

14.     Law enforcement subsequently located MEEHAN at Vigo County Regional Hospital in Terre Haute, Indiana, where MEEHAN underwent surgery for his gunshot wounds.

15.     Law enforcement applied for and received a federal search warrant authorized by the Hon. Doris L. Pryor, United States Magistrate Judge, for MEEHAN's Ford F-150.

16.     A search of MEEHAN's truck revealed a Smith & Wesson M&P 45 semi-automatic handgun (Serial Number: HUK6311).  The Smith & Wesson M&P 45 was loaded with 1 round in the chamber.  Two additional rounds of .45 caliber ammunition were found in the front seat area of the Ford F-150.  Also found inside the Ford F-150 were 3 Molotov Cocktails, 2 empty boxes of .45 caliber Hornaday Critical Duty Ammunition, and an additional handgun magazine.

### Conclusion

17.     Based on the foregoing, there is probable cause to believe that MEEHAN committed the above-described violation of 18 U.S.C. § 1114.  I, therefore, respectfully request that the Court issue a criminal complaint and arrest warrant for MEEHAN charging him with violating 18 U.S.C. § 1114.

FURTHER YOUR AFFIANT SAYETH NAUGHT.


/s/ Special Agent Matthew Cook
Special Agent Matthew Cook
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.


DATE: July 8, 2021



Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana