UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

**FILED**

JAN 1 9 2022

**U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO. |
| | ) | |
| SHANE M. MEEHAN, | ) | 2 : 2 2 -cr- 0 0 0 2 JPH -CMM |
| | ) | |
| Defendant. | ) | |

## INDICTMENT

The Grand Jury charges that:

## COUNT 1

18 U.S.C. §§ 1114, 1111
Premeditated Murder of Federal Officer

On or about July 7, 2021, in the Southern District of Indiana, the defendant, SHANE M. MEEHAN, with malice aforethought, and acting willfully, deliberately, maliciously, and with premeditation, did unlawfully kill Gregory J. Ferency, Task Force Officer for the Federal Bureau of Investigation ("FBI"), an officer and employee of the United States, while Gregory J. Ferency was engaged in and on account of the performance of his official duties by shooting Gregory J. Ferency causing him to die.

All of which is in violation of Title 18, United States Code, Sections 1114 and 1111.

## COUNT 2

18 U.S.C. § 844(f)(1)
Attempted Arson of Federal Property

On or about July 7, 2021, in the Southern District of Indiana, the defendant, SHANE M.

MEEHAN, attempted to maliciously damage and destroy, by means of fire and an explosive, a

building, vehicle, and other personal and real property in whole and in part owned and possessed

by, and leased to, the United States, located at 21 Wabash Avenue, Terre Haute, Indiana 47807.

All of which is in violation of Title 18, United States Code, Section 844(f)(1).

## COUNT 3

18 U.S.C. § 924(j)
Use/Carry/Discharge of a Firearm During and
in Relation to a Crime of Violence, Causing Death

On or about July 7, 2021, in the Southern District of Indiana, the defendant, SHANE M.

MEEHAN, did use and carry a firearm, to wit, a Smith & Wesson M&P .45 caliber handgun,

during and in relation to a crime of violence, for which the defendant may be prosecuted in a

Court of the United States. During this offense, SHANE M. MEEHAN, discharged the Smith &

Wesson M&P .45 caliber handgun and caused the death of Gregory J. Ferency by murder, as

defined in Title 18, United States Code, Section 1111.

All of which is in violation of Title 18, United States Code, Section 924(j).

2

## NOTICE OF SPECIAL FINDINGS – SHANE M. MEEHAN

The allegations in this Indictment are hereby re-alleged and incorporated herein by reference as if fully set forth.

The Grand Jury further finds:

Pursuant to the provisions of Title 18, United States Code, Sections 3591 and 3592, the following factors exist regarding defendant SHANE M. MEEHAN's commission of the offenses set forth in Counts 1 and 3 of the indictment, respectively:

**A.      Statutory Factors Enumerated Under Title 18, United States Code, Section 3591**

1.      SHANE M. MEEHAN was 18 years of age or older at the time he committed the offenses in the indictment.  [18 U.S.C. § 3591(a)];

2.      SHANE M. MEEHAN intentionally killed Gregory J. Ferency. [18 U.S.C. § 3591(a)(2)(A)];

3.      SHANE M. MEEHAN intentionally inflicted serious bodily injury that resulted in the death of Gregory J. Ferency. [18 U.S.C. § 3591(a)(2)(B)];

4.      SHANE M. MEEHAN intentionally participated in an act, contemplating that the life of Gregory J. Ferency be taken or intending that lethal force be used in connection with a person, other than one of the participants in the offenses, namely Gregory J. Ferency, and that Gregory J. Ferency died as a direct result of the act. [18 U.S.C. § 3591(a)(2)(C)];

5.      SHANE M. MEEHAN intentionally and specifically engaged in an act of violence, knowing that the act created a grave risk of death to a person, other than one of the participants in the offenses, namely Gregory J. Ferency, such that participation in the act constituted a reckless disregard for human life and that Gregory J. Ferency died as a direct result of the act. [18 U.S.C. § 3591(a)(2)(D)].

3

**B.    Statutory Factors Enumerated Under Title 18, United States Code, Section 3592(c)**

1.    The death of Gregory J. Ferency occurred during SHANE M. MEEHAN's attempted commission of an offense under section 844(f) (destruction of Government property by explosives).  [18 U.S.C. § 3592(c)(1)];

2.    SHANE M. MEEHAN committed the offenses against Gregory J. Ferency, a Federal public servant who was a law enforcement officer engaged in the performance of his official duties.  [18 U.S.C. § 3592(c)(14)].

## FORFEITURE

1.    The allegations in this indictment are realleged as if fully set forth here, for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c).

2.    If convicted of any of the offenses set forth in the indictment, SHANE MEEHAN, the defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm, ammunition, or magazine involved in or used in the offense of which he is convicted.

3.    The property subject to forfeiture includes, but is not necessarily limited to, the following:

a.    A Smith & Wesson M&P .45 caliber semi-automatic handgun (Serial Number:  HUK6311);

b.    A firearm magazine found with the firearm;

c.    Any ammunition recovered with the firearm; and

4

        d.     Any .45 caliber ammunition recovered from 1903 South 24th Street, Terre

Haute, Indiana, on July 7, 2021.



ZACHARY A. MYERS
United States Attorney

By:

William L. McCoskey
Lindsay E. Karwoski
Kathryn E. Olivier
Assistant United States Attorneys

    NJL