UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

FILED
JAN 1 9 2022
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. ) CAUSE NO.
)
SHANE M. MEEHAN, ) 2:22-cr-0002 JPH-CMM
)
Defendant. )

**PENALTY SHEET**

You have been charged in an Indictment with a violation of the Laws of the United States of America. The maximum penalties are as follows:

| Count Number | Statute | Years | Fine | Supervised Release |
|---|---|---|---|---|
| 1 | 18 U.S.C. § 1114, 1111 Premeditated Murder of Federal Officer | Life imprisonment or Death | $250,000 | NMT 5 years |
| 2 | 18 U.S.C. § 844(f)(1) Attempted Arson of Federal Property | 5-20 years | $250,000 | NMT 3 years |
| 3 | 18 U.S.C. § 924(j) Use/Carry/Discharge of a Firearm During and in Relation To a Crime of Violence, Causing Death | Life imprisonment or Death | $250,000 | NMT 5 years |

Dated: _____

_____
SHANE M. MEEHAN
Defendant

I certify that the Defendant was advised of the maximum penalties in the manner set forth above and that he signed (or refused to sign) the acknowledgement.

_____
United States Magistrate Judge
Southern District of Indiana