UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Cause No. 2:22-cr-0002-JPH-CMM |
| | ) | |
| | ) | |
| SHANE M. MEEHAN, | ) | |
| | ) | |
| Defendant. | ) | |

## **WAIVER OF DETENTION HEARING**

Comes now the defendant and, having been advised by counsel of his/her right to

a detention hearing, now waives said detention hearing, pursuant 18 U.S.C. '3142(f)(2).

Further, the defendant understands that he/she will be detained until time of trial.

Date: 1/24/2021

_Shane Meehan_
Defendant

_Monica_
Attorney for Defendant

Approved:

_Craig M. McKee_
Craig M. McKee
United States Magistrate Judge