AO 442 (Rev. 11/11) Arrest Warrant

VSM

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| United States of America | ) |
| v. | ) |
|  | ) Case No. |
|  | ) |
| Shane M. Meehan | ) 2:22-cr-0002 JPH -CMM |
|  | ) |
| *Defendant* | |

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Shane M. Meehan,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Count 1: Premeditated Murder of Federal Officer, in violation of 18 U.S.C. § 1114 and 1111.
Count 2: Attempted Arson of Federal Property, in violation of 18 U.S.C. § 844(f)(1).
Count 3: Use/Carry/Discharge of a Firearm During and in Relation To a Crime of Violence, Causing Death, in violation of 18 U.S.C. § 924(j).

Date: 1/19/2022

CLERK OF COURT, Roger A.G. Sharpe

BY: _____
*Deputy Clerk*

City and state: Terre Haute, Indiana

---

### Return

This warrant was received on *(date)* 1-19-22, and the person was arrested on *(date)* 1-19-22
at *(city and state)* Terre Haute, IN.

Date: 1-24-22

_____
*Arresting officer's signature*

David Lewis DUSM
*Printed name and title*