UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 2:22-cr-00002-JPH-CMM |
| SHANE M. MEEHAN, | ) ) | -01 |
| Defendant. | ) ) ) | |

**ORDER GRANTING MOTION TO CONTINUE AND DIRECTING FURTHER PROCEEDINGS**

Defendant, Shane Meehan, has filed an unopposed motion to continue the March 28, 2022 trial date. Dkt. 57. The motion explains that "[a] large volume of discovery was produced to the defense on February 7, 2022," voluminous Jencks material is expected to be disclosed in March 2022, and "this is a potential death penalty case" in its early stages. *Id.* For the reasons in the motion, the Court finds that this case is complex "due to . . . the nature of the prosecution, or the existence of novel questions of fact or law." 18 U.S.C. § 3161(h)(7)(B)(ii). Failure to grant the continuance would be likely to make a continuation of the proceeding impossible or result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i). For these reasons, the interests of justice are best served by the delay so that both Defendant and the government can adequately prepare for and receive a fair trial, and attempt an agreed resolution of the case. Those interests outweigh the interests of the public and Defendants in a speedy trial at this time in this case. *See* 18 U.S.C. § 3161(h)(7).

The motion to continue the jury trial is therefore **GRANTED**.  Dkt. [57]. The Court thus **VACATES** the March 28, 2022 trial setting.  The delay attributable to the changed trial date shall be excluded from the Speedy Trial Act's time computations.  18 U.S.C. § 3161(h)(7)(A).

The Court will select new final pretrial conference and jury trial dates at or following a status conference held under Federal Rule of Criminal Procedure 17.1.  The Court thus **SCHEDULES** the pretrial status conference for **April 25, 2022 at 1:30 p.m.** in Room 246, United States Courthouse, 46 E. Ohio Street, Indianapolis, Indiana.  All counsel must attend the conference to discuss case status and scheduling.  Because the purpose of the conference is to address scheduling and case management, only counsel shall attend.  Fed. R. Crim. P. 43(a), (b)(3).  Counsel shall be prepared to address a case management plan; all pretrial proceedings, including appropriate deadlines; and a trial setting.

**SO ORDERED.**

Date: 3/3/2022

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

Gwendolyn M. Beitz
INDIANA FEDERAL COMMUNITY DEFENDERS
gwendolyn_beitz@fd.org

Joseph Martin Cleary
INDIANA FEDERAL COMMUNITY DEFENDERS
joe_cleary@fd.org

Monica Foster
INDIANA FEDERAL COMMUNITY DEFENDERS
monica_foster@fd.org

Lindsay E. Karwoski
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
lindsay.karwoski@usdoj.gov

William Lance McCoskey
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
william.mccoskey@usdoj.gov

Kathryn E. Olivier
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
kathryn.olivier@usdoj.gov