UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:22-cr-00002-JPH-CMM |
| | ) | |
| SHANE M. MEEHAN, | ) | -01 |
| | ) | |
| Defendant. | ) | |

**SCHEDULING ORDER**

The Court set this case for a pretrial status conference on July 28, 2022, at 9:30 a.m. in Room 246, United States Courthouse, 46 E. Ohio Street, Indianapolis, Indiana.  All counsel of record must attend the conference to discuss case status and scheduling.  Because the purpose of the conference is to address scheduling and case management, only counsel need to appear. Fed. R. Crim. P. 43(a), (b)(3). The Court further ordered that by the time of that conference, the United States Attorney shall have either notified defense counsel that he will recommend an expedited decision not to seek the death penalty or have committed to a date for defense counsel to make a mitigation presentation.

**SO ORDERED**.

Date: 6/9/2022

James Patrick Hanlon<br>
United States District Judge<br>
Southern District of Indiana

Distribution:

Gwendolyn M. Beitz
INDIANA FEDERAL COMMUNITY DEFENDERS
gwendolyn_beitz@fd.org

Joseph Martin Cleary
INDIANA FEDERAL COMMUNITY DEFENDERS
joe_cleary@fd.org

Monica Foster
INDIANA FEDERAL COMMUNITY DEFENDERS
monica_foster@fd.org

Lindsay E. Karwoski
UNITED STATES ATTORNEY'S OFFICE
lindsay.karwoski@usdoj.gov

William Lance McCoskey
UNITED STATES ATTORNEY'S OFFICE
william.mccoskey@usdoj.gov

Kathryn E. Olivier
UNITED STATES ATTORNEY'S OFFICE
kathryn.olivier@usdoj.gov