UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) CAUSE NO. 2:22-cr-00002-JPH-CMM |
| SHANE MEEHAN, | ) ) ) |
| Defendant. | ) |

## NOTICE

The United States of America, by counsel, Zachary A. Myers, United States Attorney for the Southern District of Indiana, and William McCoskey, Lindsay Karwoski, and Kathryn Olivier, Assistant United States Attorneys, respectfully gives notice to the Court that it will not seek the death penalty in this cause.

Respectfully submitted,

ZACHARY A. MYERS
United States Attorney

By: /s/ Kathryn E. Olivier
Kathryn E. Olivier
Assistant United States Attorney
United States Attorney's Office
10 West Market Street, Suite 2100
Indianapolis, IN 46204-3048
Telephone: 317-226-6333
Email:   Kathryn.Olivier@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 11, 2022, a copy of the foregoing Notice was filed electronically. Notice and service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

By: <u>/s/ Kathryn E. Olivier</u>
Kathryn E. Olivier
Assistant United States Attorney
United States Attorney's Office
10 West Market Street, Suite 2100
Indianapolis, IN 46204-3048
Telephone: 317-226-6333
Email:   Kathryn.Olivier@usdoj.gov