UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:22-cr-00002-JPH-CMM |
| ) | |
| SHANE M. MEEHAN, ) | -01 |
| ) | |
| Defendant. ) | |

**ENTRY FOR JULY 28, 2022**

On this date, the Court held a status conference. Defendant Shane Meehan appeared by counsel Monica Foster, Joe Cleary, and Gwen Beitz. The government appeared by counsel, Assistant United States Attorneys William McCoskey and Lindsay Karwoski. The hearing was recorded by Court Reporter Jodie Franzen.

The Court heard from the parties regarding the status of this case. The parties indicated this case will be ready for trial in nine months. The Court will set a trial date by separate order.

Distribution:

Gwendolyn M. Beitz
INDIANA FEDERAL COMMUNITY DEFENDERS
gwendolyn_beitz@fd.org

Joseph Martin Cleary
INDIANA FEDERAL COMMUNITY DEFENDERS
joe_cleary@fd.org

Monica Foster
INDIANA FEDERAL COMMUNITY DEFENDERS
monica_foster@fd.org

Lindsay E. Karwoski
UNITED STATES ATTORNEY'S OFFICE
lindsay.karwoski@usdoj.gov

William Lance McCoskey
UNITED STATES ATTORNEY'S OFFICE
william.mccoskey@usdoj.gov

Kathryn E. Olivier
UNITED STATES ATTORNEY'S OFFICE
kathryn.olivier@usdoj.gov