UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:22-cr-00002-JPH-CMM |
| ) | |
| SHANE M. MEEHAN, ) | -01 |
| ) | |
| Defendant. ) | |

**ORDER**

On April 5, 2024, Defendant Shane Meehan filed a notice of insanity defense under Federal Rule of Criminal Procedure 12.2(a). Dkt. 122. The government has filed a motion under Rule 12.2(c) for an order that Mr. Meehan undergo a mental health examination under 18 U.S.C. 4242 regarding the existence of insanity at the time of the offense. Dkt. 123. The parties agree that Mr. Meehan's mental health examination should include evaluation of his sanity at the time of the offense. *See* dkt. 121 at 4. The government's motion is therefore **GRANTED**. Dkt. [123].

**IT IS THEREFORE ORDERED THAT**:

(1) The defendant, during the time he is committed to the custody of the U.S. Attorney General or his designee at Federal Medical Center—Butner for competency re-examination pursuant to the Court's March 27, 2024 Order, dkt. 121, shall be examined by one or more qualified psychiatrists or psychologists to determine the existence of insanity at the time of the offense charged in the indictment.

(2)    At the conclusion of the examination and evaluation of the defendant in accordance with this order, clinicians shall make and file with the Court a report of findings with copies provided to defense counsel and to the attorneys for the United States.

(3)    Any delay from any examination of the defendant pursuant to this Order shall be excluded from the Speedy Trial Act's time computations. *See* 18 U.S.C. § 3161(h)(1)(A), (h)(1)(D), (h)(1)(H), (h)(4).

**SO ORDERED.**

Date: 4/11/2024

_James Patrick Hanlon_
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All electronically registered counsel