UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 2:22-cr-00002-JPH-CMM |
| SHANE M. MEEHAN, | ) ) | -01 |
| Defendant. | ) ) | |

**ENTRY**

On October 23, 2024, the Court received the results of the mental competency evaluation conducted of the Defendant. The Clerk shall docket the report **UNDER SEAL** and distribute copies to all counsel of record via CM/ECF. Any objections to the mental competency evaluation shall be filed by **November 7, 2024.** The parties **SHALL FILE** a joint status update by **November 14, 2024.**

**SO ORDERED.**

Date: 10/23/2024

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All electronically registered counsel.