UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:22-cr-00002-JPH-CMM |
| | ) | |
| SHANE M. MEEHAN, | ) | -01 |
| | ) | |
| Defendant. | ) | |

**ORDER SCHEDULING COMPETENCY HEARING**

On October 23, 2024, the Court received Forensic Evaluation prepared by Katherine E. Sunder, Psy.D., Forensic Psychologist, and Psychological Evaluation prepared by Tracy O'Connor Pennuto, J.D., Ph.D. Neuropsychologist, which were docketed under seal.  Dkt. 128; dkt. 129; *see* 18 U.S.C. 4247(c).  The Court ordered any objection to be filed by November 7, 2024, dkt. 127.  The parties have filed notice of no objections to be resolved at this time. Dkt. 130; dkt. 131.  The Court therefore **SCHEDULES** a competency hearing on **November 20, 2024, at 1:30 p.m.** in Room 329, United States Courthouse, 46 E. Ohio Street, Indianapolis, Indiana.  The Court **ORDERS** Mr. Meehan to appear in person.

**SO ORDERED.**

Date: 11/8/2024

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All electronically registered counsel.