**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | 2:22-cr-00002-JPH-CMM |
| | ) | |
| | ) | |
| SHANE M. MEEHAN, | ) | |
| Defendant. | ) | |

## ORDER ON DEFENDANT'S MOTION TO CONTINUE COMPETENCY HEARING

This matter is before the Court upon Defendant's Motion to Continue the November 20, 2024 competency hearing presently set in this cause, and the Court, being duly advised, now finds the Motion well taken, and that the Motion should be **GRANTED** for the reasons set forth in Defendant's Motion.

**IT IS THEREFORE ORDERED** that the November 20, 2024 hearing is vacated and rescheduled for November 25, 2024 at 10 a.m. in Courtroom 329, United States District Court, 46 East Ohio Street, Indianapolis, Indiana.

Copies to:

Distribution to all registered counsel by electronic notification via CM/ECF