UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 2:22-cr-00002-JPH-CMM |
| SHANE M. MEEHAN, | ) ) | -01 |
| Defendant. | ) ) | |

**ORDER**

Defendant has filed a Motion to Continue Competency Hearing. Dkt. [133]. The Court **GRANTS** the Defendant's Motion. The Court thus **VACATES** the November 20, 2024, hearing and **CONTINUES** the competency hearing to **November 25, 2024, at 10:00 a.m.** in Room 329, United States Courthouse, 46 East Ohio Street, Indianapolis, Indiana before Judge James Patrick Hanlon. The Court **ORDERS** Mr. Meehan to appear in person.

**SO ORDERED.**

Date: 11/12/2024

_James Patrick Hanlon_
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All electronically registered counsel