UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,           )  <br>          Plaintiff,                              )  <br>                                                        )  <br>     v.                                                )          2:22-cr-00002-JPH-CMM  <br>                                                        )  <br>SHANE M. MEEHAN,                        )  <br>          Defendant.                          ) | |

**JOINT STATUS REPORT**

Comes now, the United States, by undersigned counsel, and Shane Meehan, by undersigned counsel, and files this status report as ordered by the Court on October 23, 2024. (Dkt. #127):

1. On March 8, 2024, the United States filed a Motion for Competency Re-Evaluation. (Dkt. # 120). The Motion was granted on March 27, 2024. (Dkt. # 121).

2. On April 4, 2024, the United States filed a Motion for Mental Health Examination of the Defendant for Determination of the Existence of Insanity at the Time of the Offense. (Dkt. #123.) The Motion was granted on April 11, 2024. (Dkt. # 124).

3. Mr. Meehan was sent to Federal Medical Center (FMC) Butner, North Carolina for the evaluation.

4. On October 23, 2024, the Court was provided with a Forensic Evaluation as well as a Psychological Evaluation. (Dkts. #128 and #129.)

5. Pursuant to 18 U.S.C. 4241(d), the parties request the Court set a hearing to address whether Mr. Meehan is presently suffering from a mental disease or

defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

                Respectfully submitted,

*Monica Foster*
Monica Foster
Chief Federal Defender

*Gwendolyn M. Beitz*
Gwendolyn M. Beitz

*Joseph M. Cleary*
Joseph M. Cleary
Indiana Federal Community Defenders, Inc.
111 Monument Circle, Suite 3200
Indianapolis, IN 46204
317-383-3520

/s/ *Lindsay E. Karwoski*
Lindsay Karwoski
William L. McCoskey
Kathryn E. Olivier
Assistant United States Attorneys
U.S. Attorney's Office
10 W. Market Street, Suite 2100
Indianapolis, IN 46204
(317) 226-6333

## CERTIFICATE OF SERVICE

    I certify that on November 13, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*Monica Foster*
Monica Foster
Chief Federal Defender