UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:22-cr-00002-JPH-CMM |
| | ) | |
| SHANE M. MEEHAN, | ) | -01 |
| | ) | |
| Defendant. | ) | |

**ENTRY FOR NOVEMBER 25, 2024**

On this date, Defendant Shane M. Meehan appeared in person and by counsel, Monica Foster, Joseph Martin Cleary, and Gwendolyn M. Beitz, for a competency hearing. The government appeared by counsel, Assistant United States Attorney Lindsay E. Karwoski and Kathryn E. Olivier, with its investigative agent, Special Agent Willmann. The hearing was recorded by Court Reporter Jodie Franzen.

The Court confirmed that counsel agree that Mr. Meehan is not competent to stand trial at this point. The Court ADOPTED the findings of Mr. Meehan's competency evaluation filed on October 23, 2024. Sealed Dkts. 128 and 129. Dkt. 128 and dkt. 131 were admitted by the Court as exhibits. The Court found by a preponderance of the evidence that Mr. Meehan is presently suffering from a mental disease rendering him mentally incompetent to the extent that he is unable to understand the nature and the consequences of the proceedings against him or to assist properly in his defense.

The Court commits Mr. Meehan to the custody of the Attorney General. The Attorney General shall hospitalize Mr. Meehan in accordance with the requirements of 18 United States Code § 4241(d). Specifically, Mr. Meehan shall be hospitalized for treatment in a suitable facility for a reasonable period of time, not exceeding four months, as is necessary to determine whether there is a substantial probability that in the foreseeable future, he will attain the capacity to permit the proceedings to go forward. If necessary, the hospitalization may be extended for an additional reasonable period until his mental condition is so improved.

The Court orders the facility to file a report no later than four months after Mr. Meehan is committed to the Attorney General's custody. This report should outline the treatment he has received and provide the facility's assessment of his mental competency. If the facility determines sooner that Mr. Meehan has attained the necessary capacity to continue the proceedings, the report will be due at the time of that determination.

The parties shall file a status report with their positions as to the defendant's competency, within 14 days of the facility's report being filed, after which the Court shall set a hearing date.

Distribution:

All Electronically Registered Counsel