UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>v.<br><br>SHANE M. MEEHAN,<br>        Defendant. | 2:22-cr-00002-JPH-CMM |

## DEFENDANT'S MOTION TO CONTINUE
## FINAL PRETRIAL CONFERENCE AND TRIAL DATE

Defendant Shane M. Meehan by counsel, Monica Foster, Joseph M. Cleary and Gwendolyn M. Beitz, respectfully moves the Court to continue the final pretrial conference and trial date presently set in this case, and in support states:

1. Final pretrial conference is scheduled for September 23, 2025 and jury trial on October 6, 2025.

2. On November 25, 2024, this Court found Mr. Meehan incompetent to stand trial [Dkt. 136]. Mr. Meehan was returned to FMC Butner for a restoration evaluation. On August 15, 2025, the Bureau of Prisons (BOP) opined Mr. Meehan has been restored to competency [Dkt. 153]. As a result of this opinion, and in accordance with this Court's order of March 10, 2025 [Dkt. 144], the BOP began an evaluation of Mr. Meehan's mental status at the time of the offense. The BOP has asked for a 30 day period to do this evaluation.

3. Counsel anticipate that there will be litigation regarding Mr. Meehan's competency to stand trial. Given all the above, there will not be sufficient time to prepare for trial on the current dates.

4. Counsel has discussed this motion with Assistant United States Attorney

William McCoskey who does not oppose the motion.

5. The ends of justice served by the continuance sought herein outweigh the best interests of the public and Defendant to a speedy trial. Thus, the delay in the trial date attributable to this request for continuance is excludable under 18 U.S.C. § 3161 et seq.

**WHEREFORE**, Defendant Shane M. Meehan requests that the final pretrial conference date of September 23, 2025, and jury trial of October 6, 2025, be vacated, and that this case be reset for trial at such other time as the Court's calendar will permit.

Respectfully submitted,

*Monica Foster*
Monica Foster

*Joseph M. Cleary*
Joseph M. Cleary

*Gwendolyn M. Beitz*
Gwendolyn M. Beitz
Indiana Federal Community Defenders, Inc.
111 Monument Circle, Suite 3200
Indianapolis, IN 46204
317-383-3520

**CERTIFICATE OF SERVICE**

I certify that on August 25, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*Joseph M. Cleary*
Joseph M. Cleary