UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 2:22-cr-00002-JPH-CMM |
| SHANE M. MEEHAN, | ) ) | -01 |
| Defendant. | ) ) | |

**ORDER**

Defendant, Shane Meehan, has filed a motion for extension of time to file objections to Mr. Meehan's mental competency evaluation. Dkt. [155]. For the reasons in the motion, that motion is **GRANTED**. The deadline **is extended through** 30 days from the date Mr. Meehan arrives in the Southern District of Indiana.

The deadline for the parties to file a joint status update, dkt. 151 at 1, **is extended through September 26, 2025**.

The **Clerk shall maintain** Mr. Meehan's motion under seal. Dkt. 155.

**SO ORDERED.**

Date: 8/29/2025

_James Patrick Hanlon_
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All electronically registered counsel

1