UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2:22-cr-00002-JPH-CMM ) |
| SHANE M. MEEHAN, | ) -01 ) |
| Defendant. | ) ) |

**ORDER**

On September 3, 2025, the Court received and docketed under seal a letter from the Acting Warden at FMC Butner requesting additional time to complete the evaluation of Mr. Meehan's mental state at the time of the offense. Dkt. 158. The parties have had the opportunity to object and have not done so. *See* dkt. 159. For the reasons in the letter, the Court **extends** the time for Mr. Meehan's evaluation. *See* 18 U.S.C. §§ 4242(a), 4247(b). The evaluation period is extended through October 29, 2025. The government **shall provide** a copy of this order to the appropriate staff at FMC Butner.[1]

**SO ORDERED.**

Date: 9/9/2025

                            *James Patrick Hanlon*
                            James Patrick Hanlon
                            United States District Judge
                            Southern District of Indiana

---

[1] The last time the Court instructed the government to provide a copy of an order to the appropriate staff at FMC Butner, dkt. 147, there was a substantial delay in doing so for no reason other than an "inadvertent failure," dkt. 150. *See also* dkts. 148, 149. The Court assumes that the government has since put protocols in place to ensure that such a failure does not happen again.

Distribution:

All electronically registered counsel

jmwilliams@bop.gov

edubois@bop.gov