UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>          Plaintiff,       )<br>                                                )<br>     v.                                         )<br>                                                )<br>SHANE M. MEEHAN,                     )<br>          Defendant.      )   | Case No. 2:22-cr-00002-JPH-CMM |

### NOTICE OF INTENT TO SEEK THE DEATH PENALTY

The United States of America, by and through Thomas E. Wheeler II, United States Attorney for the Southern District of Indiana, and Assistant United States Attorneys William L. McCoskey, Kathryn E. Olivier, and Lindsay E. Karwoski, pursuant to 18 U.S.C. § 3593(a), hereby notifies the Court and the defendant, Shane M. Meehan, that in the event the defendant is convicted of Premeditated Murder of a Federal Officer, as charged in Count 1 of the Indictment, or of Using/Carrying/Discharging a Firearm During and in Relation to a Crime of Violence Causing Death, as charged as Count 3 of the Indictment, the United States believes that the circumstances of the offenses are such that a sentence of death is justified, and the United States will seek a sentence of death.

The United States proposes to prove the following factors as justifying a sentence of death:

**A.     Statutory Factors Enumerated Under 18 U.S.C. § 3591**

1.     SHANE M. MEEHAN was 18 years of age or older at the time he committed the offenses in the Indictment.  [18 U.S.C. § 3591(a)];

2.     SHANE M. MEEHAN intentionally killed Gregory J. Ferency.  [18 U.S.C. § 3591(a)(2)(A)];

3.  SHANE M. MEEHAN intentionally inflicted serious bodily injury that resulted in the death of Gregory J. Ferency. [18 U.S.C. § 3591(a)(2)(B)];

4.  SHANE M. MEEHAN intentionally participated in an act, contemplating that the life of Gregory J. Ferency be taken or intending that lethal force be used in connection with a person, other than one of the participants in the offenses, namely Gregory J. Ferency, and that Gregory J. Ferency died as a direct result of the act. [18 U.S.C. § 3591(a)(2)(C)]; and

5.  SHANE M. MEEHAN intentionally and specifically engaged in an act of violence, knowing that the act created a grave risk of death to a person, other than one of the participants in the offenses, namely Gregory J. Ferency, such that participation in the act constituted a reckless disregard for human life and that Gregory J. Ferency died as a direct result of the act. [18 U.S.C. § 3591(a)(2)(D)].

**B.  Statutory Factors Enumerated Under 18 U.S.C. § 3592(c)**

1.  The death of Gregory J. Ferency occurred during SHANE M. MEEHAN's attempted commission of an offense under 18 U.S.C. § 844(f) (Destruction of Government Property by Explosives). [18 U.S.C. § 3592(c)(1)]; and

2.  SHANE M. MEEHAN committed the offenses against Gregory J. Ferency, a Federal public servant who was a law enforcement officer engaged in the performance of his official duties. [18 U.S.C. § 3592(c)(14)].

**C.  Additional Aggravating Factors Authorized by 18 U.S.C. §§ 3592(c) and 3593(a)**

1.  SHANE M. MEEHAN caused injury and loss to the family, friends, and colleagues of Gregory J. Ferency. The injury, harm, and loss caused by SHANE M. MEEHAN is evidenced by the victim's personal characteristics and by the impact of the victim's death upon his family, friends, and colleagues.

2. SHANE M. MEEHAN shot and killed the victim at point-blank range after wounding the victim, rendering him defenseless.

                Respectfully submitted,

                THOMAS E. WHEELER II
                United States Attorney

By:    /s/ Kathryn E. Olivier
          Kathryn E. Olivier
          William L. McCoskey
          Lindsay E. Karwoski
          Assistant United States Attorneys

## CERTIFICATE OF SERVICE

I certify that on November 18, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent to counsel of record via the Court's electronic filing system.

    Monica Foster
    Gwendolyn M. Beitz
    Joseph M. Cleary
    INDIANA FEDERAL COMMUNITY DEFENDERS, INC.
    Monica_Foster@fd.org
    Gwendolyn_Beitz@fd.org
    Joe_Cleary@fd.org

    /s/ Kathryn E. Olivier
    Kathryn E. Olivier
    Assistant United States Attorney