UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:22-cr-00002-JPH-CMM |
| ) | |
| SHANE M. MEEHAN, ) | -01 |
| ) | |
| Defendant. ) | |

**ENTRY FOR NOVEMBER 19, 2025**

On this date, upon request of the parties, the Court held a telephonic status conference. Defendant Shane M. Meehan appeared by counsel, Monica Foster and Gwendolyn M. Beitz. The government appeared by counsel, William Lance McCoskey, Kathryn E. Olivier, and Lindsay E. Karwoski. The conference was recorded by Court Reporter Jodie Franzen.

The Court heard from the parties regarding case status. For the reasons stated on the record, the Court ordered counsel to file a general status report and any motion to continue the current trial setting by November 28, 2025. The Court ordered the parties to confer on a briefing schedule for Mr. Meehan's anticipated motion regarding the government's notice of intent to seek the death penalty and file any agreed briefing schedule by 5:00 p.m. on November 20, 2025.

Distribution:

All Electronically Registered Counsel.