UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2:22-cr-00002-JPH-CMM ) |
| SHANE M. MEEHAN, | ) -01 ) |
| Defendant. | ) ) |

**ORDER**

Mr. Meehan has filed a motion for extension of the November 21, 2025 deadline for filing objections to the forensic evaluation docketed November 7, 2025. Dkt. [171]. For the reasons in the motion, that motion is **GRANTED**. The deadline **is extended** to thirty days after the Court issues a determination of Mr. Meehan's competency to stand trial.

The parties have also filed a joint motion for briefing schedule on Mr. Meehan's anticipated motion to strike the government's notice of intent to seek the death penalty. Dkt. [173]. The Court appreciates the parties' agreement and **GRANTS** the motion. Mr. Meehan's motion to strike **shall be filed no later than November 21, 2025**; the government's response **shall be filed no later than December 12, 2025**; and any reply **shall be filed no later than December 23, 2025**.

**SO ORDERED.**

Date: 11/20/2025

_James Patrick Hanlon_
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All electronically registered counsel