# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# TERRE HAUTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff, | )<br>)<br>) |
| v. | )　2:22-cr-00002-JPH-CMM-1<br>) |
| SHANE M. MEEHAN,<br>　　　　Defendant. | )<br>)<br>) |

## ORDER ON MOTION TO STRIKE GOVERNMENT'S NOTICE OF INTENT TO SEEK THE DEATH PENALTY DOCKET 170

This matter is before the Court upon Motion to Strike Government's Notice of Intent to Seek the Death Penalty Docket 170, and the Court being duly advised, now finds that the Motion should be GRANTED. This Court strikes the notice for the reasons set forth in defendant's motion.

Distribution to all registered counsel via electronic notification