UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:22-cr-00002-JPH-CMM |
| | ) | |
| SHANE M. MEEHAN, | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

The United States of America, by Assistant United States Attorneys Kathryn E. Olivier, William L. McCoskey, and Lindsay E. Karwoski, and the defendant, Shane M. Meehan, by counsel Monica Foster, Gwendolyn M. Beitz, and Joseph M. Cleary, respectfully file this joint status report in response to the Court's order given during the November 19, 2025, telephonic status conference. (Dkt. 172.)

1. Since November 25, 2024, Mr. Meehan has been committed to the custody of the Attorney General for competency restoration and other diagnostic proceedings. Those proceedings have concluded and staff at the Federal Bureau of Prisons have issued a forensic evaluation to the Court. Mr. Meehan is awaiting transport back to the District for further proceedings.

2. On November 18, 2025, the United States filed a notice of intent to seek the death penalty (NOI) in this case. (Dkt. 170.)

3. On November 19, 2025, the Court conducted a telephonic status conference to address scheduling and other matters in this case. (Dkt. 172.) During the call, the parties indicated their shared belief that the February trial date was not realistic given the expected pretrial litigation

regarding Mr. Meehan's competency. In addition, the defense indicated its intent to file a motion to strike the NOI.

   4. On November 20, 2025, the Court granted the defense's unopposed motion for extension of time to object to the BOP's forensic evaluation. In the same order, the Court granted the parties' joint motion for a briefing schedule regarding litigation over the NOI. (Dkt. 174.)

   5. The parties continue to agree that the current trial date is not realistic and respectfully advise the court that the defense will soon file an unopposed motion to continue.

   6. The parties further agree that the disposition of the defense's motion to strike the NOI, and any litigation regarding Mr. Meehan's competency, will be determinative of the remaining course of this prosecution. For that reason, the parties jointly submit that any detailed case management plan with pretrial filing deadlines will be premature until the defense's pending motion to strike the NOI, and any competency litigation, has been resolved.

7.  The parties jointly recommend that the Court set a status conference at the conclusion of the pending litigation regarding the NOI and competency for the purpose of establishing pretrial deadlines and any other necessary case management issues.

Respectfully submitted,

THOMAS E. WHEELER II
United States Attorney

By: /s/ William L. McCoskey
William L. McCoskey
Kathryn E. Olivier
Lindsay E. Karwoski
Assistant United States Attorneys

/s/ Monica Foster
Monica Foster
Chief Federal Defender

/s/ Gwendolyn M. Beitz
Gwendolyn M. Beitz
Joseph M. Cleary
Indiana Federal Community
Defenders, Inc.

## **CERTIFICATE OF SERVICE**

I certify that on November 24, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ William L. McCoskey
William L. McCoskey
Assistant United States Attorney
