**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>        Plaintiff, )<br>                      )<br>    v.                        )    2:22-cr-00002-JPH-CMM<br>                      )<br>SHANE M. MEEHAN, )<br>        Defendant. ) | |

**DEFENDANT'S MOTION TO CONTINUE**
**FINAL PRETRIAL CONFERENCE AND TRIAL DATE**

Defendant Shane M. Meehan by counsel, Monica Foster, Joseph M. Cleary and Gwendolyn M. Beitz, respectfully moves the Court to continue the final pretrial conference and trial date presently set in this case, and in support states:

1. Final pretrial conference is scheduled for January 22, 2026 and jury trial on February 9, 2026.

2. Since November 25, 2024, Mr. Meehan has been committed to the custody of the Attorney General for competency restoration and other diagnostic proceedings. Those proceedings are now concluded and staff at the Bureau of Prisons have issued a forensic evaluation to the Court. Mr. Meehan is awaiting transportation back to the district.

3. On November 18, 2025, the government filed its notice of intent to seek the death penalty in this matter [Dkt. 170]. On November 21, Mr. Meehan filed a Motion to Strike the Government's Notice of Intent to Seek the Death Penalty [Dkt. 175]. Pursuant to this Court's order of November 20, 2025 [Dkt. 174] the government's response to the defense motion to strike is due December 12, 2025, and the defense reply is due December 23, 2025.

4.     Both parites anticipate that there will be litigation regarding the forensic evaluation of Mr. Meehan's competency to stand trial.   Given all the above, there will not be sufficient time to prepare for trial on the current dates.

5.     Counsel has discussed this motion with Assistant United States Attorney William McCoskey who does not oppose the motion.

6.     The ends of justice served by the continuance sought herein outweigh the best interests of the public and Defendant to a speedy trial. Thus, the delay in the trial date attributable to this request for continuance is excludable under 18 U.S.C. § 3161 et seq.

**WHEREFORE**, Defendant Shane M. Meehan requests that the final pretrial conference date of January 22, 2026, and jury trial of February 9, 2026, be vacated, and that this case be reset for trial at such other time as the Court's calendar will permit.

Respectfully submitted,

*Monica Foster*
Monica Foster

*Joseph M. Cleary*
Joseph M. Cleary

*Gwendolyn M. Beitz*
Gwendolyn M. Beitz
Indiana Federal Community Defenders, Inc.
111 Monument Circle, Suite 3200
Indianapolis, IN 46204
317-383-3520

## **CERTIFICATE OF SERVICE**

  I certify that on November 24, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

            *Joseph M. Cleary*
            Joseph M. Cleary