UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:22-cr-00002-JPH-CMM |
| ) | |
| SHANE M. MEEHAN, ) | -01 |
| ) | |
| Defendant. ) | |

## ORDER

Defendant has filed a motion to continue final pretrial conference and trial date. Dkt. [177]. The Court **GRANTS** the Motion and **VACATES** both the January 22, 2026, final pretrial conference and the February 9, 2026, trial settings, finding that the ends of justice served by the continuance outweigh the best interest of the public and Defendant in a speedy trial.

The delay attributable to the changed trial date shall be excluded from the Speedy Trial Act's time computations. 18 U.S.C. § 3161(h)(7)(A). The interests of justice stated in the motion to continue are best served by the delay so that both the Defendant and the government can adequately prepare for and receive a fair trial and attempt an agreed resolution of the case. Those interests outweigh the interests of the public and Defendant in a speedy trial at this time in this case. *See* 18 U.S.C. § 3161(h)(7).

The Court **CONTINUES** the final pretrial conference to **August 7, 2026, at 1:30 p.m.** in Room 307, United States Courthouse, 46 E. Ohio Street,

Indianapolis, Indiana; and the jury trial to commence to **August 17, 2026, at 9:00 a.m.** in Room 131, United States Courthouse, 921 Ohio Street, Terre Haute, Indiana, before Judge James Patrick Hanlon.

**SO ORDERED.**

Date: 12/5/2025

_James Patrick Hanlon_
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All Electronically Registered Counsel