UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:22-cr-00002-JPH-CMM |
| | ) | |
| SHANE M. MEEHAN, | ) | -01 |
| | ) | |
| Defendant. | ) | |

### ORDER SETTING COMPETENCY HEARING

On August 15, 2025, the Court received a Forensic Evaluation that has been docketed under seal opining that Defendant, Shane Meehan, is competent to proceed in this case. Dkt. 153; *see* 18 U.S.C. § 4247(c). Neither party objects to that conclusion. *See* dkt. 194; dkt. 202.[1]

The Court therefore **SCHEDULES** a competency hearing on **May 20, 2026 at 1:30 p.m.** in Room 307, United States Courthouse, 46 E. Ohio Street, Indianapolis, Indiana. The Court **ORDERS** Mr. Meehan to appear in person. The parties **SHALL INFORM** the Court of any witnesses to be called at the hearing **by May 11, 2026**.

**SO ORDERED.**

Date: 5/4/2026

_James Patrick Hanlon_
James Patrick Hanlon
United States District Judge
Southern District of Indiana

---

[1] In November 2025, the Court received a second forensic evaluation opining that Mr. Meehan was not "unable to appreciate the nature and quality or the wrongfulness of his acts." Dkt. 164; *see* 18 U.S.C. §§ 17(a), 4242(a). Neither party objects to that evaluation. *See* dkt. 163.

1

Distribution:

All electronically registered counsel