UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:22-cr-00002-JPH-CMM |
| | ) | |
| SHANE M. MEEHAN, | ) | -01 |
| | ) | |
| Defendant. | ) | |

**ORDER**

The Government has filed a motion to continue competency hearing. Dkt. [204]. For the reasons in the motion, the Court **GRANTS** the Motion and **VACATES** the May 20, 2026, hearing. The competency hearing is **CONTINUED** to **May 22, 2026, at 10:30 a.m.** in Room 307, United States Courthouse, 46 E. Ohio Street, Indianapolis, Indiana before Judge James Patrick Hanlon.

**SO ORDERED.**

Date: 5/7/2026

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All Electronically Registered Counsel