UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:22-cr-00002-JPH-CMM |
| | ) | |
| SHANE M. MEEHAN, | ) | -01 |
| | ) | |
| Defendant. | ) | |

**ENTRY FOR MAY 22, 2026**

On this date, Defendant Shane M. Meehan appeared in person and by counsel, Monica Foster, Joseph Martin Cleary, and Gwendolyn M. Beitz, for a competency hearing. The government appeared by counsel, Assistant United States Attorney William Lance McCoskey, Lindsay E. Karwoski, and Kathryn E. Olivier. The hearing was recorded by Court Reporter Jodie Franzen.

The Court found that Mr. Meehan is presently mentally competent and that he is able to understand the nature and the consequences of the proceedings and assist in his defense. The Court admitted dkt. 164 as an exhibit into the record of the competency hearing.

The Court ordered the parties to meet and confer and file a motion to continue the trial by June 5, 2026. The motion shall include a proposed trial date, and address whether the trial should take place in Terre Haute or in Indianapolis.

Distribution:

All Electronically Registered Counsel