UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

UNITED STATES OF AMERICA,    )
                             )
            Plaintiff,       )
                             )
        v.                   )        No. 2:22-cr-00002-JPH-CMM
                             )
SHANE M. MEEHAN,             )        -01
                             )
            Defendant.       )

**ORDER**

At the May 22, 2026 competency hearing, the Court found that Mr. Meehan was presently mentally competent and counsel for Mr. Meehan sought a continuance of the August 17, 2026 trial setting.  Dkt. 208.  The parties have filed a joint proposed pretrial schedule, requesting a trial date not earlier than April 26, 2027.  Dkt. 211.  For the reasons on the record at the competency hearing, the Court **GRANTS** the requested continuance and **VACATES** both the August 7, 2026 final pretrial conference and August 17, 2026 trial settings, finding that the ends of justice served by the continuance outweigh the best interest of the public and Defendant in a speedy trial.

The delay attributable to the changed trial date shall be excluded from the Speedy Trial Act's time computations. 18 U.S.C. § 3161(h)(7)(A).  The interests of justice stated in the motion to continue are best served by the delay so that both the Defendant and the government can adequately prepare for and receive a fair trial and attempt an agreed resolution of the case.  Those

1

interests outweigh the interests of the public and Defendant in a speedy trial at this time in this case.  *See* 18 U.S.C. § 3161(h)(7).

The Court **ADOPTS** the parties' joint proposed pretrial schedule as follows:

| Pretrial Filing | Date |
|---|---|
| Defendant's Reciprocal Discovery and Notice of Affirmative Defenses | July 30, 2026 |
| Raw Data and Testing Results from Defendant's Expert(s) Produced to BOP | July 30, 2026 |
| Defendant's Motion for Change of Division | September 9, 2026 |
| Government Response to Defendant's Motion for Change of Division | September 23, 2026 |
| Reply in Support of Defendant's Motion for Change of Division | September 30, 2026 |
| Expert Disclosures | October 5, 2026 |
| Motions Pursuant to Fed. R. Crim. P. 12(b)(3) | October 5, 2026 |
| Motions to Suppress | October 5, 2026 |
| Responses to Motions Pursuant to Fed. R. Crim. 12(b)(3) | November 4, 2026 |
| Responses to Motions to Suppress | November 4, 2026 |
| Other Pretrial Motions | November 9, 2026 |
| Responses to Pretrial Motions Due 11/9/2026 | November 23, 2026 |
| *Daubert* Motions | December 4, 2026 |
| Responses to *Daubert* Motions | January 4, 2027 |
| Replies in Support of *Daubert* Motions | February 3, 2027 |
| Motions in Limine | February 8, 2027 |
| Responses to Motions in Limine | February 22, 2027 |
| Replies in Support of Motions in Limine | March 8, 2027 |
| Preliminary Witness & Exhibit Lists | March 15, 2027 |

| Proposed Preliminary and Final Jury Instructions | March 15, 2027 |
| Tender Stipulations to Opposing Parties | March 22, 2027 |
| Objections to Witness List, Exhibit List, Jury Instructions | March 29, 2027 |
| Production of Jencks Act Material | 30 days before trial |

The Court **CONTINUES** the final pretrial conference to **April 28, 2027**, at 1:30 p.m. in Room 307, United States Courthouse, 46 E. Ohio Street, 2 Indianapolis, Indiana; and the jury trial to commence **May 10, 2027**, at 9:00 a.m. in Room 131, United States Courthouse, 921 Ohio Street, Terre Haute, Indiana, before Judge James Patrick Hanlon.  The new trial date is firm and final and the Court does not anticipate granting any further continuances in the absence of extraordinary circumstances.

**SO ORDERED.**

Date: 6/24/2026

James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All electronically registered counsel