UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 2:22-cr-00002-JPH-CMM |
| | ) | |
| SHANE MEEHAN, | ) | -01 |
| | ) | |
| Defendant. | ) | |

**UNITED STATES' NOTICE REGARDING EXPERT AND SKILLED WITNESSES**

The United States hereby provides to the defendant those disclosures required by Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure, pertaining to the expert witness testimony of: Kira Glass from the Federal Bureau of Investigation (FBI) Laboratory. As required by Fed. R. Crim. P. 16, such disclosures include a complete statement of all opinions rendered by this witness that the government intends to use during its case-in-chief at trial under Federal Rules of Evidence 702, 703, or 705, or during its rebuttal to counter testimony that the defendant has timely disclosed under Fed. R. Crim. P. 16(b)(1)(C). It additionally includes the bases and reasons for the opinions of the witness, the qualifications of the witness, publications authored by the witness in the previous 10 years, and a list of all other cases in which, during the previous 4 years, the witness has testified as an expert.

**Evan Du Bois – Forensic Psychologist**

Evan Du Bois is an expert in the field of forensic psychology. He is a board certified, licensed psychologist and currently works as a Clinical Psychologist as a Forensic Unit Psychologist at the Federal Correctional Complex in Butner, North Carolina.

To become a clinical psychologist, Dr. Du Bois obtained an undergraduate degree in psychology from University of Central Florida. Thereafter, Dr. Du Bois obtained his masters and doctorate in clinical psychology from Nova Southeastern University in Florida. Dr. Du Bois became licensed as a psychologist in North Carolina and successfully completed oral boards in forensic psychology. Dr. Du Bois has to successfully complete bi-annual training to remain licensed. Dr. Du Bois also holds an APIT[1] authorization and TAP[2] authorization through PSYPACT.[3] Dr. Du Bois must successfully renew those authorizations yearly.

Dr. Du Bois has performed several hundred forensic psychological examinations during his career.

**A. Qualifications, Publications and Testimonies**

All qualifications, publications authored in the previous 10 years, as well as a list of all other cases during the previous 4 years in which Dr. Du Bois has testified as an expert, are contained within his Curriculum Vitae, attached as Exhibit 1.

**B. The Witness's Opinions**

Dr. Du Bois will provide testimony regarding his evaluation of the defendant during the defendant's stay at the Federal Medical Center in Butner, North Carolina. Dr. Du Bois will

---

[1] APIT stands for Authorization to Practice Interjurisdictional Telepsychology.
[2] TAP stands for the Temporary Authorization to Practice.
[3] PSYPACT stands for the Psychology Interjurisdictional Compact, which is an interstate compact designed to facilitate the practice of telepsychology and the temporary in-person, face-to-face practice of psychology across state boundaries. *See* https://psypact.gov/page/About

provide his expert opinion as to whether the defendant had a severe mental disease at the time of the commission of the offense. Dr. Du Bois will further provide his expert opinion as to whether the defendant appreciated the nature, quality, and wrongfulness of his actions.

**C. <u>The Basis and Reasons for the Witness's Opinions</u>**

Dr. Du Bois's opinions are based on his personal examination of the defendant during the defendant's stay at the Federal Medical Center in Butner, North Carolina, as well as Dr. Du Bois's training, experience, and expertise as a Forensic Psychologist. Dr. Du Bois observed the defendant on many occasions while the defendant was housed at Butner. Dr. Du Bois also conducted clinical interviews, spoke to other members of the Psychology Department, and reviewed collateral data as part of his evaluation of the defendant. Dr. Du Bois's opinions are guided by the *Diagnostic and Statistical Manual of Mental Disorders, Fifth Edition, Text Revision (DSM-5-TR)*. Dr. Du Bois's opinions, and the basis for his opinions, are contained more fully in the sealed forensic evaluation filed with the court on November 7, 2025 (Dkt. 164.)

Dr. Evan Du Bois has reviewed, approved, and signed this notice pursuant to Federal Rule of Criminal Procedure 16 (a)(1)(G)(v).

/s/ *Evan S. Du Bois, Psy.D., ABPP*
Evan Du Bois, Psy.D., ABPP
Forensic Psychologist
Board Certified in Forensic Psychology
Federal Medical Center
Butner, North Carolina

The United States will provide any additional reports from this expert witness prior to the trial of this matter, and if additional expert witnesses are expected to be called, the United States will provide this information to the defendant. The United States will also supplement this notice if this witness's qualifications have changed prior to the start of trial.

Respectfully submitted,

THOMAS E. WHEELER II
United States Attorney

By: /s/ Lindsay E. Karwoski
William L. McCoskey
Lindsay E. Karwoski
Kathryn E. Olivier
Assistant United States Attorneys

CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2026, copies of the foregoing were filed electronically. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system.

/s/ Lindsay E. Karwoski
Lindsay Karwoski
Assistant United States Attorney
Office of the United States Attorney
135 N. Pennsylvania Street
Suite 2100
Indianapolis, Indiana 46204
Telephone: 317-226-6333